DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE MURRAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-866

[August 25, 2022]

Appeal of order denying rule 3.850 from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case Nos. 15-7747CF10A and 19-8078CF10A.

Andre Murray, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***